IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **BRADDOCK A. MARKLAND** | § § | |
| **v.** | § § | 1:14-CV-572 |
| **BAY COUNTY SHERRIFF'S OFFICE** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

Pending before the court is the "Motion to Dismiss" (Doc. No. 8) filed by the Bay County Sheriff's Office. The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 9), recommending that the court grant the motion. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 9) is **ADOPTED**; and the Defendant's "Motion to Dismiss" (Doc. No. 8) is **GRANTED**.

**SIGNED** this the 28 day of **May, 2015.**

_____
Thad Heartfield
United States District Judge